ACCEPTED
07-15-00151-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/14/2015 4:48:41 PM
Vivian Long, Clerk

## NO. 07-15-00151-CR

| | | |
|---|---|---|
| **ADAM MIGUEL CASTANEDA** | § | **IN THE SEVENTH** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/14/2015 4:48:41 PM
VIVIAN LONG
CLERK

### STATE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 45 days to file Appellee's brief, and for good cause would show the following:

I.

Appellant was charged by indictment with two counts of Attempted Murder, two counts of Aggravated Assault with a Deadly Weapon, and a single count of three other offenses - Deadly Conduct, Tampering with Physical Evidence, and Criminal Mischief. The Court found Appellant Not Guilty by Reason of Insanity on Counts III – Aggravated Assault with a Deadly Weapon, V – Deadly Conduct Discharge of Firearms and VII – Criminal Mischief >= $1,500 < $20,000. Appellant's brief was originally due on or about May 28, 2015. After a notice of late brief and an extension, Appellant's brief was filed on July 15, 2015. The State's brief is currently due on August 14, 2015.

1

## II.

I anticipate that I will handle the brief for the State in this case. I filed the State's brief in 03-14-00639-CR on July 13, 2015; immediately after finishing that brief, I worked on the State's brief in 03-14-00818-CR, which I filed on August 6, 2015. I have begun working on the State's brief in 03-15-00079-CR, which I hope to complete by the current deadline on August 26, 2015. After that, I currently have four other briefs I am scheduled to write before the instant brief. Additionally, I have reviewed – and, when required, filed an answer to – expunctions and nondisclosures, including seven petitions in the last week. Within the past few weeks, I have also prepared an expunction petition and order and performed other research related to expunctions. I have recently assisted other attorneys in the office with issues in their appeals, including proceedings related to a dispute of a reporter's record in 03-14-00570-CR. Finally, I am scheduled to attend a legal conference out of town from September 23-25, 2015. I have not yet been able to work on a response in the instant case, and respectfully request an extension of 45 days to file the State's brief. This is the first extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 45 days, until September 28, 2015, so that an

adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's First Motion to Extend Time to File Brief* has been delivered to Appellant ADAM MIGUEL CASTANEDA's attorney of record in this matter:

Keith S. Hampton
hamplaw@swbell.net
1103 Nueces Street
Austin, TX 78701
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 14th day of August, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

3